IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES WHITE,

       Plaintiff,

vs.

WARDEN RYKER, *et al.*,

       Defendants.

Case No. 12-cv-75-JPG-PMF

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("R & R") (Doc. 118) of Magistrate Judge Philip M. Frazier recommending that the Court grant defendants Baker, Blevin, Clvey Cummins, Cusick, Dowty, Dr. Fenoglio, Garrard, Gobblers, Higgins, Homan, Kaiser, Sellers, Stephns, Troyer, Waggoner, and Woods' (collectively "Defendants") motion to dismiss (Doc. 110). For the following reasons, the Court adopts the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Defendants seek to dismiss this case pursuant to Federal Rules of Civil Procedure 11 and 37, for failure to prosecute, failure to cooperate in discovery, and failure to abide by a court order. The R & R cites to several instances in which White has failed to abide by court orders

and respond to discovery and recommends this Court grant Defendants' motion to dismiss. Specifically, the R & R notes that White was served with Dr. Fenoglio's discovery request on January 25, 2013.  Dr. Fenoglio served White with a second set of discovery requests in March after White said he had not received them.  After still receiving no response, Dr. Fenoglio filed a motion to compel (Doc. 101) to which White failed to respond.  Magistrate Judge Frazier granted Dr. Fenoglio's motion to compel, directing White to respond to the discovery requests within fourteen days.  As of the filing of the instant motion to dismiss on May 31, 2013, White had still not responded to the discovery requests.  White also failed to respond to an order to show cause (Doc. 115) entered by Judge Frazier on July 1, 2013, and failed to respond to the instant motion to dismiss.

White had until August 2, 2013, to file an objection to the R & R.  The record contains the following filing, dated July 25, 2013, from White:

> In behalf of Plaintiff, Charles White (1) Any reasonable human spacie (sic) understand its (TORMENT)! To have a feeding tube place in and out a person body three (3), times a day for over two (2) MONTHS!  (ESPECIALLY MEDICAL STAFF)!  (2) Plaintiff requested an attorney because this case is similar to case No. 3, 10-cv-00332-JPG-DGW in its complications! And the court appointed Plaintiff a lawyer! Plaintiff is doing his (best)! To respond to ALL document therfore (sic) plaintiff prays THIS COURT KEEP THIS CASE ALIVE FOR TRIAL NOVEMBER 18 2013!

Doc. 120.  He does not offer a reason for his failure to reply to Dr. Fenoglio's discovery request or to prosecute this case other than stating he "is doing his (best)!"

After reviewing the record, the Court is in agreement with the R & R.  White has failed to respond to Dr. Fenoglio's discovery request which was requested over eight months ago.  His refusal to prosecute this case makes it impossible for Defendants to prepare for the trial scheduled for November 18, 2013.  Further, White has failed to comply with Judge Frazier's order to respond to the discovery requests and other orders issued by Judge Frazier.

For these reasons and the reasons explained in the R & R, the Court

- **ADOPTS** the R & R (Doc. 118) in its entirety;
- **GRANTS** Defendants' motion to dismiss (Doc. 110); and
- **DISMISSES** Defendants Baker, Blevin, Clvey, Cummins, Cusick, Dowty, Dr. Fenoglio, Garrard, Gobblers, Higgins, Homan, Kaiser, Sellers, Stephns, Troyer, Waggoner and Woods from this case pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v).

This case remains pending against defendants Hovey, Warden Ryker, and Warden Hodge.

**IT IS SO ORDERED.**

**DATED:** August 15, 2013

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
